JOHN FRIEL et al., Respondents, *v.* THE CITY OF NEW
YORK, Appellant.

EDWARD CADE, Respondent, *v.* THE CITY OF NEW YORK,
Appellant.

*Friel* v. *City of New York,* 150 App. Div. 317, affirmed.
*Cade* v. *City of New York,* 150 App. Div. 317, affirmed.
(Argued March 24, 1913; decided April 15, 1913.)

APPEAL in each of the above-entitled actions from an
order of the Appellate Division of the Supreme Court in
the second judicial department, entered April 26, 1912,
reversing a judgment in favor of defendant entered upon
a dismissal of the complaint by the court at a Trial Term
and granting a new trial in an action to recover damages
alleged to have been sustained by reason of a change of
grade.

*Archibald R. Watson, Corporation Counsel (Charles
J. Nehrbas* and *Terence Farley* of counsel), for appellant.

*Royal E. T. Riggs* and *J. Gardner Stevenson* for
respondents.

Order in each case affirmed, and judgment absolute
ordered against appellant on the stipulation, with costs in
all courts, on opinion of CARR, J., below.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT,
CHASE, CUDDEBACK, HOGAN and MILLER, JJ.